# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Emilie Smith, on behalf of City of Sunrise General Employees' Retirement Plan ("Sunrise General"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Chairperson of Sunrise General. I have reviewed the complaint and authorize its filing.

2. Sunrise General did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Sunrise General is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Sunrise General's transactions in the FleetCor Technologies Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Sunrise General has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. Sunrise General will not accept any payment for serving as a representative party on behalf of the Class beyond Sunrise General's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12 day of June, 2017.

Emilie Smith
Chairperson
*City of Sunrise General Employees'
Retirement Plan*

**City of Sunrise General Employees' Retirement Plan**
Transactions in FleetCor Technologies

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 8/15/2016 | 110 | 168.4810 |
| Purchase | 8/16/2016 | 195 | 168.7037 |
| Purchase | 10/13/2016 | 170 | 168.7637 |
| Purchase | 10/14/2016 | 52 | 172.4067 |
| Purchase | 3/8/2017 | 162 | 162.2102 |
| Purchase | 3/9/2017 | 53 | 160.7814 |
| Purchase | 4/28/2017 | 394 | 141.9628 |