# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CITY OF SUNRISE GENERAL EMPLOYEES' RETIREMENT PLAN, on behalf of itself and all others similarly situated,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>FLEETCOR TECHNOLOGIES, INC., RONALD F. CLARKE, and ERIC R. DEY,  )<br><br>Defendants.  ) | CIVIL ACTION NO.<br>1:17-CV-02207-LMM<br><br>CLASS ACTION |

## [PROPOSED] ORDER EXTENDING DEADLINES, APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL

Upon consideration of Plaintiff City of Sunrise General Employees' Retirement Plan's ("Sunrise General") motion to extend deadlines, appoint Lead Plaintiff, and approve Lead Plaintiff's selection of counsel, it is hereby ordered that:

1. Sunrise General's request for an extension of time to file an amended complaint is granted. Sunrise General shall file an amended complaint on or before October 13, 2017.

2.	In light of Sunrise General's filing of an amended complaint, Defendants' motion to dismiss (Doc. 19) is denied without prejudice.

3.	Sunrise General is appointed to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

4.	Sunrise General's selection of Lead and Liaison Counsel is approved. Bernstein Litowitz Berger & Grossmann LLP is appointed as Lead Counsel for the Class, and Bondurant Mixson & Elmore LLP is appointed as Liaison Counsel for the Class.

SO ORDERED THIS 25th DAY OF August, 2017.

_____
HON. LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE