IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CITY OF SUNRISE GENERAL
EMPLOYEES' RETIREMENT PLAN,

    Plaintiff,

v.

FLEETCOR TECHNOLOGIES, INC.,
*et al.*,

    Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.
1:17-CV-2207-LMM

## ORDER

Defendants' Motion to Strike, or in the Alternative, Leave to File a Limited Response [36] is **DENIED**, to the extent Defendants request Plaintiff's Notice of Supplemental Authority [35] be struck, and **GRANTED** to the extent Defendants request an opportunity to respond to the supplemental authority. Defendants may file a Response to Plaintiff's Supplemental Authority [35], if they so choose, by Monday, April 23, 2018.

    **IT IS SO ORDERED** this 16th day of April, 2018.

Leigh Martin May
**United States District Judge**