**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CITY OF SUNRISE GENERAL EMPLOYEES' RETIREMENT PLAN, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FLEETCOR TECHNOLOGIES, INC., RONALD F. CLARKE, and ERIC R. DEY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.
1:17-CV-02207-LMM

CLASS ACTION

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2019, I served a copy of **Notice of Issuance of Subpoena to Produce Documents** via email and U.S. Mail addressed to the following counsel of record:

Katherine M. Sinderson
Scott R. Foglietta
Julia K. Tebor
**BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP**
1251 Avenue of the Americas
New York, New York 10020
katiem@blbglaw.com
scott.foglietta@blbglaw.com
julia.tebor@blbglaw.com

H. Lamar Mixson
Amanda Seals Bersinger
**BONDURANT MIXSON & ELMORE, LLP**
1201 West Peachtree Street NW
Suite 3900
Atlanta, Georgia 30309
mixson@bmelaw.com
bersinger@bmelaw.com

Respectfully submitted, this 4th day of January, 2019.

*/s/ Bethany M. Rezek*
Bethany M. Rezek
Georgia Bar No. 553771
**KING & SPALDING LLP**
1180 Peachtree Street N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5100
brezek@kslaw.com

*Counsel for Defendants*

2