**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CITY OF SUNRISE GENERAL EMPLOYEES' RETIREMENT PLAN, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FLEETCOR TECHNOLOGIES, INC., RONALD F. CLARKE, and ERIC R. DEY, <br><br> Defendants. | Civ. A. No. 1:17-cv-02207-LMM <br><br> CLASS ACTION |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**

**PLEASE TAKE NOTICE** that Court-appointed Lead Plaintiff City of Sunrise General Employees' Retirement Plan ("Lead Plaintiff") will move this Court before the Honorable Leigh Martin May, United States District Judge, 2167 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 on a date and at such time to be determined by the Court, for an order pursuant to Rules 23(a), (b)(3), and (g) of the Federal Rules of Civil Procedure:

1. Certifying a Class of investors, defined as:

All persons who purchased or otherwise acquired publicly-traded FleetCor Technologies, Inc. ("FleetCor") common stock during the period from February 5, 2016 through May 3, 2017, inclusive, and who were damaged thereby (the "Class"). Excluded from the Class are: (a) Defendants; (b) any current or former officers or directors of FleetCor; (c) the immediate family members of any Defendant or any current or former officer or director of FleetCor; and (d) any entity that any Defendant owns or controls, or owned or controlled during the Class Period.

2.      Appointing Lead Plaintiff as Class Representative; and

3.      Appointing Bernstein Litowitz Berger & Grossmann LLP as Class Counsel.

4.      This Motion is based upon the accompanying Memorandum of Law in Support of Lead Plaintiff's Motion for Class Certification and Appointment of a Class Representative and Class Counsel, and the Declaration of Salvatore J. Graziano, with exhibits, including the Expert Report of Chad Coffman, CFA.

Dated:  January 4, 2019                    Respectfully submitted,

*/s/ Katherine M. Sinderson*
Salvatore J. Graziano (admitted *pro hac vice)*
Katherine M. Sinderson (admitted *pro hac vice*)
Scott R. Foglietta (admitted *pro hac vice)*
Julia K. Tebor (admitted *pro hac vice*)
**BERNSTEIN      LITOWITZ      BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554 1400
Fax: (212) 554 1444

Salvatore@blbglaw.com
Katiem@blbglaw.com
Scott.Foglietta@blbglaw.com
Julia.Tebor@blbglaw.com

*Counsel for Lead Plaintiff City of Sunrise General Employees' Retirement Plan and the Class*

H. Lamar Mixson
Georgia Bar No. 514012
Amanda Seals Bersinger
Georgia Bar No. 502720
**BONDURANT MIXSON &
 ELMORE, LLP**
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Tel: (404) 881-4100
Fax: (404) 881-4111
mixson@bmelaw.com
bersinger@bmelaw.com

*Liaison Counsel for Lead Plaintiff City of Sunrise General Employees' Retirement Plan*

Stuart Kaufman (admitted *pro hac vice*)
**KLAUSNER, KAUFMAN, JENSEN AND LEVINSON**
7080 NW 4th Street
Plantation, Florida 33317
Tel: (954) 916-1202
Fax: (954) 916-1232
stu@robertdklausner.com

*Additional Counsel for Lead Plaintiff City of Sunrise General Employees' Retirement Plan*

3