**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CITY OF SUNRISE GENERAL EMPLOYEES' RETIREMENT PLAN, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLEETCOR TECHNOLOGIES, INC., RONALD F. CLARKE, and ERIC R. DEY,<br><br>Defendants. | Civ. A. No. 1:17-cv-02207-LMM<br><br>**ECF CASE**<br><br><u>CLASS ACTION</u> |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 28, 2019, I served a copy of **LEAD PLAINTIFF'S SECOND REQUEST FOR THE PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS** via email and U.S. Mail addressed to the following counsel of record:

Michael R. Smith
B. Warren Pope
Bethany M. Rezek
Brian Barnes
**KING & SPALDING LLP**
1180 Peachtree Street N.E.
Atlanta, Georgia 30309
mrsmith@kslaw.com

wpope@kslaw.com
brezek@kslaw.com
bbarnes@kslaw.com

Respectfully submitted, this 28th day of March, 2019.

/s/ Julia K. Tebor
Julia K. Tebor (admitted *pro hac vice*)
**BERNSTEIN LITOWITZ BERGER
& GROSSMAN LLP**
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
Julia.Tebor@blbglaw.com

*Lead Counsel for Lead Plaintiff City of
Sunrise General Employees' Retirement
Plan*