**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| CITY OF SUNRISE GENERAL EMPLOYEES' RETIREMENT PLAN, on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:17-CV-02207-LMM |
| v. | ) ) | |
| | ) | CLASS ACTION |
| FLEETCOR TECHNOLOGIES, INC., RONALD F. CLARKE, and ERIC R. DEY, | ) ) ) | |
| Defendants. | ) ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2019, I served copies of **DEFENDANTS'**

**SECOND SET OF INTERROGATORIES TO LEAD PLAINTIFF** and

**DEFENDANTS' SECOND SET OF REQUESTS FOR THE PRODUCTION**

**OF DOCUMENTS TO LEAD PLAINTIFF** via email and U.S. Mail addressed

to the following counsel of record:

Salvatore J. Graziano
Katherine M. Sinderson
Lauren A. Ormsbee
Scott R. Foglietta
Julia K. Tebor
**BERNSTEIN LITOWITZ BERGER**
**& GROSSMAN LLP**
1251 Avenue of the Americas
New York, New York 10020
salvatore@blbglaw.com
katiem@blbglaw.com
lauren.ormsbee@blbglaw.com
scott.foglietta@blbglaw.com
julia.tebor@blbglaw.com

H. Lamar Mixson
Amanda Seals Bersinger
**BONDURANT MIXSON &**
**ELMORE, LLP**
1201 West Peachtree Street NW
Suite 3900
Atlanta, Georgia 30309
mixson@bmelaw.com
bersinger@bmelaw.com

Stuart Kaufman
**KLAUSNER, KAUFMAN, JENSEN**
**AND LEVINSON**
7080 NW 4th Street
Plantation, Florida 33317
stu@robertdklausner.com

Respectfully submitted, this 2nd day of April, 2019.

*/s/ Bethany M. Rezek*
Bethany M. Rezek
Georgia Bar No. 553771
**KING & SPALDING LLP**
1180 Peachtree Street N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5100
brezek@kslaw.com

*Counsel for Defendants*

2