**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CITY OF SUNRISE GENERAL EMPLOYEES' RETIREMENT PLAN, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FLEETCOR TECHNOLOGIES, INC., RONALD F. CLARKE, and ERIC R. DEY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.<br>1:17-CV-02207-LMM<br><br>CLASS ACTION |

## NOTICE OF FILING DOCUMENTS PROVISIONALLY UNDER SEAL

Pursuant to the Stipulated Protective Order entered by the Court on November 30, 2018 (Dkt. 64), Defendants FleetCor Technologies, Inc., Ronald F. Clarke, and Eric R. Dey respectfully notify the Court that they are filing provisionally under seal an unredacted version of Defendants' Memorandum in Opposition to Lead Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel, an unredacted version of Exhibit D thereto, and copies of Exhibits E-H thereto.

Respectfully submitted this 4th day of April, 2019.

2

/s/ Michael R. Smith
Michael R. Smith
Ga. Bar No. 661689
B. Warren Pope
Ga. Bar No. 583723
Bethany M. Rezek
Ga. Bar No. 553771
**KING & SPALDING LLP**
1180 Peachtree Street N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5100
mrsmith@kslaw.com
wpope@kslaw.com
brezek@kslaw.com

*Counsel for Defendants*

2

## **RULE 7.1(D) CERTIFICATION**

The undersigned counsel certifies that this document has been prepared with

one of the font and point selections approved by the Court in Local Rule 5.1(C).

*/s/ Michael R. Smith*
Michael R. Smith
Georgia Bar No. 661689

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of April, 2019, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to all attorneys of record as well as by electronic mail as follows:

Salvatore J. Graziano, salvatore@blbglaw.com
Katherine M. Sinderson, katiem@blbglaw.com
Scott R. Foglietta, scott.foglietta@blbglaw.com
Julia K. Tebor, julia.tebor@blbglaw.com
Avi Josefson, avi@blbglaw.com
Lauren A. Ormsbee, lauren.ormsbee@blbglaw.com
H. Lamar Mixson, mixson@bmelaw.com
Amanda Seals Bersinger, bersinger@bmelaw.com

*/s/ Michael R. Smith*
Michael R. Smith
Georgia Bar No. 661689