# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| CITY OF SUNRISE GENERAL EMPLOYEES' RETIREMENT PLAN, on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:17-CV-02207-LMM |
| v. | ) ) | |
| | ) | CLASS ACTION |
| FLEETCOR TECHNOLOGIES, INC., RONALD F. CLARKE, and ERIC R. DEY, | ) ) ) | |
| Defendants. | ) ) | |
| | ) | |

## MOTION FOR LEAVE TO FILE DOCUMENTS PROVISIONALLY UNDER SEAL

Defendants FleetCor Technologies, Inc., Ronald F. Clarke, and Eric R. Dey (collectively, "Defendants") file this Motion for Leave to File Documents Provisionally Under Seal ("Motion"). In support of this Motion, Defendants submit Defendants' Memorandum in Support of Motion for Leave to File Documents Provisionally Under Seal and Proposed Order, each filed contemporaneously herewith. For the reasons given in Defendants Memorandum, Defendants respectfully request that the Court grant Defendants' Motion.

2

Respectfully submitted this 4th day of April, 2019.

/s/ Michael R. Smith
Michael R. Smith
Ga. Bar No. 661689
B. Warren Pope
Ga. Bar No. 583723
Bethany M. Rezek
Ga. Bar No. 553771
**KING & SPALDING LLP**
1180 Peachtree Street N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5100
mrsmith@kslaw.com
wpope@kslaw.com
brezek@kslaw.com

*Counsel for Defendants*

# <u>RULE 7.1(D) CERTIFICATION</u>

The undersigned counsel certifies that this document has been prepared with

one of the font and point selections approved by the Court in Local Rule 5.1(C).

*/s/ Michael R. Smith*
Michael R. Smith
Georgia Bar No. 661689

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of April, 2019, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to all attorneys of record.

*/s/ Michael R. Smith*
Michael R. Smith
Georgia Bar No. 661689
