**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CITY OF SUNRISE GENERAL EMPLOYEES' RETIREMENT PLAN, on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>FLEETCOR TECHNOLOGIES, INC., RONALD F. CLARKE, and ERIC R. DEY,<br><br>　　　　　Defendants. | Civ. A. No. 1:17-cv-02207-LMM<br><br>CLASS ACTION |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 26, 2019, I served copies of a Notice of Issuance of Subpoena *Duces Tecum* to Non-Parties via e-mail and U.S. mail upon the following counsel of record:

Michael R. Smith
B. Warren Pope
Bethany M. Rezek
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
mrsmith@kslaw.com
wpope@kslaw.com
brezek@kslaw.com

Respectfully submitted, this 29th day of April, 2019.

*/s/ Julia K. Tebor*

Julia K. Tebor (admitted *pro hac vice*)

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554 1400
Fax: (212) 554 1444
Julia.Tebor@blbglaw.com

*Lead Counsel for Lead Plaintiff City of Sunrise General Employees' Retirement Plan and the Class*