**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CITY OF SUNRISE GENERAL EMPLOYEES' RETIREMENT PLAN, on behalf of itself and all others similarly situated, <br> Plaintiff, <br><br> v. <br><br> FLEETCOR TECHNOLOGIES, INC., RONALD F. CLARKE, and ERIC R. DEY, <br> Defendants. | Civ. A. No. 1:17-cv-02207-LMM <br><br> CLASS ACTION |

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2019, I served copies of Lead Plaintiff's Responses and Objections to Defendants' Second Set of Requests for the Production of Documents and Lead Plaintiff's Responses and Objections to Defendants' Second Set of Interrogatories via e-mail and U.S. mail upon the following counsel of record:

Michael R. Smith
B. Warren Pope
Bethany M. Rezek
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
mrsmith@kslaw.com
wpope@kslaw.com
brezek@kslaw.com

Respectfully submitted, this 2nd day of May, 2019.

*/s/ Scott R. Foglietta*
Scott R. Foglietta
(admitted *pro hac vice*)

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554 1400
Fax: (212) 554 1444
Scott.Foglietta@blbglaw.com

*Lead Counsel for Lead Plaintiff City of Sunrise General Employees' Retirement Plan and the Class*

2