**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CITY OF SUNRISE GENERAL EMPLOYEES' RETIREMENT PLAN, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLEETCOR TECHNOLOGIES, INC., RONALD F. CLARKE, and ERIC R. DEY,<br><br>Defendants. | Civ. A. No. 1:17-cv-02207-LMM<br><br>CLASS ACTION |

**LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS <u>PROVISIONALLY UNDER SEAL</u>**

Lead Plaintiff City of Sunrise General Employees' Retirement Plan ("Lead Plaintiff"), files this Motion for Leave to File Documents Provisionally Under Seal (the "Motion"). In support of this Motion, Lead Plaintiff submits Lead Plaintiff's Memorandum in Support of Motion for Leave to File Documents Provisionally Under Seal and Proposed Order, each filed contemporaneously herewith. For the reasons given in Lead Plaintiff's Memorandum, Lead Plaintiff respectfully requests that the Court grant Lead Plaintiff's Motion.

Respectfully submitted this 6th day of May, 2019.

/s/ Katherine M. Sinderson
Katherine M. Sinderson (admitted *pro hac vice*)
Scott R. Foglietta (admitted *pro hac vice)*
Julia K. Tebor (admitted *pro hac vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554 1400
Fax: (212) 554 1444
Katiem@blbglaw.com
Scott.Foglietta@blbglaw.com
Julia.Tebor@blbglaw.com

*Lead Counsel for Lead Plaintiff City of Sunrise General Employees' Retirement Plan and Lead Counsel for the Class*

H. Lamar Mixson
Georgia Bar No. 514012
Amanda Seals Bersinger
Georgia Bar No. 502720
**BONDURANT MIXSON & ELMORE, LLP**
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Tel: (404) 881-4100
Fax: (404) 881-4111
mixson@bmelaw.com
bersinger@bmelaw.com

*Liaison Counsel for Lead Plaintiff City of Sunrise General Employees' Retirement Plan*

2

Stuart Kaufman (admitted *pro hac vice*)
**KLAUSNER, KAUFMAN, JENSEN
AND LEVINSON**
7080 NW 4th Street
Plantation, Florida 33317
Tel: (954) 916-1202
Fax: (954) 916-1232
stu@robertdklausner.com

*Additional Counsel for Lead Plaintiff
City of Sunrise General Employees'
Retirement Plan*

## **<u>RULE 7.1(D) CERTIFICATION</u>**

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

*<u>/s/ Katherine M. Sinderson</u>*
Katherine M. Sinderson

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2019, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to all attorneys of record.

*/s/ Katherine M. Sinderson*
Katherine M. Sinderson