IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CITY OF SUNRISE GENERAL
EMPLOYEES' RETIREMENT PLAN,
*on behalf of itself and all others
similarly situated,*

      Plaintiff,

v.

FLEETCOR TECHNOLOGIES, INC.,
*et al.,*

      Defendants.

CIVIL ACTION NO.
1:17-CV-02207-LMM

## ORDER

This case comes before the Court on Defendants' Motion to Seal [81] and Lead Plaintiff's Motion to Seal [87]. As each party is attempting to seal the other party's documents, Lead Plaintiff and Defendants are **ORDERED** to **SHOW CAUSE** why their documents should be sealed as requested by other party's motion by **June 7, 2019**. The Clerk is **DIRECTED** to resubmit these Motions [81, 87] to the undersigned on June 10, 2019.

**IT IS SO ORDERED** this 28th day of May, 2019.

Leigh Martin May
**United States District Judge**