# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CITY OF SUNRISE GENERAL EMPLOYEES' RETIREMENT PLAN, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FLEETCOR TECHNOLOGIES, INC., RONALD F. CLARKE, and ERIC R. DEY, <br><br> Defendants. | Civil Action No. <br> 1:17-CV-02207-LMM <br><br> <u>CLASS ACTION</u> |

## JOINT CONSENT MOTION TO STAY
## <u>CURRENT DEADLINES PENDING MEDIATION</u>

Defendants FleetCor Technologies, Inc., Ronald F. Clarke, and Eric R. Dey (collectively, "Defendants"), and Lead Plaintiff City of Sunrise General Employees' Retirement Plan ("Lead Plaintiff," and collectively with Defendants, the "Parties"), hereby submit this Joint Motion to Stay Current Deadlines Pending Mediation. In support of this Motion, the Parties show as follows:

1. The Parties have conferred and agreed, in an effort to resolve this dispute, to attend a private, non-binding, confidential mediation, which is scheduled to occur on September 16, 2019, before a nationally-recognized mediator.

2.      The Parties further agree that judicial and party resources would best be served if the deadlines set forth in the Agreed Scheduling Order (Dkt. No. 55) are stayed pending the conclusion of the mediation.

3.      Therefore, in order to conserve judicial and party resources, the Parties hereby agree and stipulate as follows:

   a.   The Parties jointly request that the deadlines set forth in the Agreed Scheduling Order (Dkt. No. 55) be stayed until September 30, 2019, pending the outcome of the Parties' scheduled mediation.

   b.   Should the case not resolve by September 30, 2019, the Parties will submit a revised scheduling order on or before October 4, 2019.

   c.   Lead Plaintiff has provided Defendants with the identities of the individuals whose depositions Lead Plaintiff expects to take and Defendants have been working to schedule the depositions of those deponents they control.  The Parties will continue to work cooperatively to schedule those depositions to be taken after September 30, 2019 in order to avoid any unnecessary delay should the case not resolve by September 30, 2019.

4. The Parties respectfully request that the Court enter the Proposed Order Staying Current Deadlines Pending Mediation attached hereto.

Respectfully submitted this 30th day of July, 2019.

| | |
|---|---|
| */s/ Katherine M. Sinderson* | */s/ Bethany M. Rezek* |
| Katherine M. Sinderson (*pro hac vice*) | Michael R. Smith |
| Julia K. Tebor (*pro hac vice*) | Ga. Bar No. 661689 |
| Scott R. Foglietta (*pro hac vice*) | B. Warren Pope |
| **BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP** | Ga. Bar No. 583723 |
| | Bethany M. Rezek |
| 1251 Avenue of the Americas | Ga. Bar No. 553771 |
| New York, New York 10020 | **KING & SPALDING LLP** |
| Telephone: (212) 554-1400 | 1180 Peachtree Street N.E. |
| Fax: (212) 554-1444 | Atlanta, Georgia 30309 |
| katiem@blbglaw.com | Telephone: (404) 572-4600 |
| julia.tebor@blbglaw.com | Fax: (404) 572-5100 |
| scott.foglietta@blbglaw.com | mrsmith@kslaw.com |
| | wpope@kslaw.com |
| *Lead Counsel for Plaintiff* | brezek@kslaw.com |
| | |
| H. Lamar Mixson | *Counsel for Defendants* |
| Georgia Bar No. 514012 | |
| Amanda Seals Bersinger | |
| Georgia Bar No. 502720 | |
| **BONDURANT MIXSON & ELMORE, LLP** | |
| 1201 West Peachtree Street NW | |
| Suite 3900 | |
| Atlanta, Georgia 30309 | |
| Telephone: (404) 881-4100 | |
| Fax: (404) 881-4111 | |
| mixson@bmelaw.com | |
| bersinger@bmelaw.com | |
| | |
| *Liaison Counsel for Plaintiff* | |

4

Stuart Kaufman (*pro hac vice*)
**KLAUSNER, KAUFMAN, JENSEN AND LEVINSON**
7080 NW 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Fax: (954) 916-1232
stu@robertdklausner.com

*Additional Counsel for Plaintiff*

## **RULE 7.1(D) CERTIFICATION**

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

> */s/ Bethany M. Rezek*
> Bethany M. Rezek
> Georgia Bar No. 553771

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2019, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to all attorneys of record.

>*/s/ Bethany M. Rezek*
>Bethany M. Rezek
>Georgia Bar No. 553771