UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CITY OF SUNRISE GENERAL EMPLOYEES' RETIREMENT PLAN, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLEETCOR TECHNOLOGIES, INC., RONALD F. CLARKE, and ERIC R. DEY,<br><br>Defendants. | Civ. A. No. 1:17-cv-02207-LMM<br><br>CLASS ACTION |

## LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF NOTICE TO THE CLASS

Lead Plaintiff City of Sunrise General Employees' Retirement Plan ("Lead Plaintiff"), hereby moves this Court, under Rule 23(e)(1) of the Federal Rules of Civil Procedure, for entry of an order: (i) preliminarily approving the proposed Settlement; (ii) approving the form and manner of giving notice of the proposed Settlement to Class Members; and (iii) scheduling a hearing to consider final approval of the Settlement and approval of the Plan of Allocation and Lead Counsel's motion for attorneys' fees and Litigation Expenses. In support of this motion, Lead Plaintiff submits the Memorandum of Law in Support of Lead

Plaintiff's Motion for Preliminary Approval of Settlement and Approval of Notice to the Class, attached hereto as Exhibit 1, and the Stipulation and Agreement of Settlement dated November 6, 2019 (the "Stipulation"), attached hereto as Exhibit 2.[1]  The Parties' agreed-upon [Proposed] Order Preliminarily Approving Settlement and Proving for Notice is attached hereto as Exhibit 3.  Pursuant to the terms of the Stipulation, this motion is unopposed by Defendants.

Dated: November 7, 2019                Respectfully submitted,

/s/ Katherine M. Sinderson
Salvatore J, Graziano (admitted *pro hac vice*)
Katherine M. Sinderson (admitted *pro hac vice*)
Scott R. Foglietta (admitted *pro hac vice)*
Julia K. Tebor (admitted *pro hac vice*)
**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554 1400
Fax: (212) 554 1444
Salvatore@ blbglaw.com
Katiem@blbglaw.com
Scott.Foglietta@blbglaw.com
Julia.Tebor@blbglaw.com

*Counsel for Lead Plaintiff City of Sunrise
General Employees' Retirement Plan and
Lead Counsel for the Class*

---

[1] All capitalized terms used herein that are not otherwise defined herein have the meanings ascribed to them in the Stipulation.

>H. Lamar Mixson
>Georgia Bar No. 514012
>Amanda Seals Bersinger
>Georgia Bar No. 502720
>**BONDURANT MIXSON &**
>  **ELMORE, LLP**
>1201 West Peachtree Street NW
>Suite 3900
>Atlanta, GA 30309
>Tel: (404) 881-4100
>Fax: (404) 881-4111
>mixson@bmelaw.com
>bersinger@bmelaw.com
>
>*Liaison Counsel for Lead Plaintiff City of Sunrise General Employees' Retirement Plan*
>
>
>Stuart Kaufman (admitted *pro hac vice*)
>**KLAUSNER, KAUFMAN, JENSEN AND**
>  **LEVINSON**
>7080 NW 4th Street
>Plantation, Florida 33317
>Tel: (954) 916-1202
>Fax: (954) 916-1232
>stu@robertdklausner.com
>
>*Additional Counsel for Lead Plaintiff City of Sunrise General Employees' Retirement Plan*

3

## RULE 7.1(D) CERTIFICATION

The undersigned counsel certifies that this document has been prepared with 14 point Times New Roman, one of the font and point selections approved by the Court in Local Rule 5.1(C).

*/s/ Katherine M. Sinderson*
Katherine M. Sinderson

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2019, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to all attorneys of record.

*/s/ Katherine M. Sinderson*
Katherine M. Sinderson
