# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • ILLINOIS • LOUISIANA • DELAWARE

Katherine M. Sinderson
KatieM@blbglaw.com
212-554-1392

November 7, 2019

**VIA ECF AND FEDEX**

Honorable Leigh Martin May
United States District Judge
2167 Richard B. Russell Federal Building
 and United States Courthouse
75 Ted Turner Drive, SW
Courtroom 2107
Atlanta, GA 30303-3309

Re:   *City of Sunrise General Employees' Ret. Plan v. FleetCor Technologies, Inc.*, No. 1:17-cv-02207 (N.D. Ga.)

Dear Judge May:

We represent Lead Plaintiff City of Sunrise General Employees' Retirement Plan in the above captioned action. Today, Lead Plaintiff filed papers in support of its motion for preliminary approval of the Settlement, which, subject to the Court's approval, will resolve this Action for $50 million.

Enclosed please find a courtesy copy of Lead Plaintiff's Motion for Preliminary Approval of Settlement and Approval of Notice to the Class (the "Motion"). The Memorandum of Law in Support of Lead Plaintiff's Motion for Preliminary Approval of Settlement and Approval of Notice to the Class; the Stipulation and Agreement of Settlement ("Stipulation") with Defendants; and the [Proposed] Order Preliminarily Approving Settlement

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Honorable Leigh Martin May
United States District Judge
November 7, 2019
Page 2

and Providing for Notice (the "Preliminary Approval Order"), are attached to the Motion as Exhibits 1, 2, and 3, respectively. For the Court's convenience, we have also enclosed an extra copy of the Preliminary Approval Order.

If the Court grants preliminary approval of the proposed Settlement, we respectfully request that the Court adopt the proposed schedule contained in the Preliminary Approval Order for mailing and publication of notice to the Class, and for Class Members to submit Claims, request exclusion from the Class, or object to the proposed Settlement. If the Court grants preliminary approval as requested, the only date the Court need schedule is the date for the final Settlement Hearing. The remaining dates set forth below will be based on that hearing date or on the date the Preliminary Approval Order is entered, as set forth in the proposed order:

| **Event** | **Proposed Deadline** |
|---|---|
| Deadline for mailing the Notice and Claim Form to potential Class Members (which date shall be the "Notice Date") (Preliminary Approval Order ¶ 4(b)) | No later than 20 business days after entry of the Preliminary Approval Order |
| Deadline for publishing the Summary Notice (Preliminary Approval Order ¶ 4(d)) | No later than 10 business days after the Notice Date |
| Deadline for filing of papers in support of final approval of the Settlement, Plan of Allocation, and Lead Counsel's motion for attorneys' fees and expenses (Preliminary Approval Order ¶ 24) | 35 calendar days before the date set for the Settlement Hearing |
| Deadline for receipt of objections or requests for exclusion from the Class (Preliminary Approval Order ¶¶ 11, 15) | 21 calendar days before the date set for the Settlement Hearing |

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Honorable Leigh Martin May
United States District Judge
November 7, 2019
Page 3

| Deadline for filing reply papers in support of final approval of the Settlement, Plan of Allocation, and Lead Counsel's motion for attorneys' fees and expenses (Preliminary Approval Order ¶ 24) | 7 calendar days prior to the Settlement Hearing |
|---|---|
| Settlement Hearing (Preliminary Approval Order ¶ 2) | A date to be selected by the Court, 110 calendar days after entry of the Preliminary Approval Order, or at the Court's earliest convenience thereafter |
| Postmark deadline for Submitting Claim Forms (Preliminary Approval Order ¶ 8) | 120 calendar days after the Notice Date |

If the Court agrees with the proposed schedule, Lead Plaintiff requests that the Court schedule the Settlement Hearing for a date 110 calendar days after entry of the Preliminary Approval Order, or at the Court's earliest convenience thereafter. Thus, if the Court enters the Preliminary Approval Order by November 13, 2019, Lead Plaintiff requests that the Settlement Hearing be scheduled for March 2, 2020 or as soon thereafter as possible.

We appreciate the Court's consideration of this matter.

Respectfully Submitted,

Katherine M. Sinderson

cc (by ECF):   Michael Smith, Esq.
       Warren Pope, Esq.
       Bethany Rezek, Esq.