# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CITY OF SUNRISE GENERAL EMPLOYEES' RETIREMENT PLAN, on behalf of itself and all others similarly situated,<br>　　　　　　Plaintiff,<br>　　v.<br>FLEETCOR TECHNOLOGIES, INC., RONALD F. CLARKE, and ERIC R. DEY,<br>　　　　　　Defendants. | Civ. A. No. 1:17-cv-02207-LMM<br>CLASS ACTION |

## PROPOSED ORDER PROVIDING THAT FINAL SETTLEMENT HEARING SCHEDULED FOR APRIL 14, 2020 BE CONDUCTED BY TELEPHONE

This matter came before the Court for on Lead Plaintiff's Unopposed Motion to Conduct the Final Settlement Hearing by Telephone in light of the conditions resulting from the COVID-19 pandemic. Now, therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.　　The hearing to consider final approval of the Settlement in this Action, approval of the Plan of Allocation, Lead Counsel's motion for attorney's fees and expenses, and related matters (the "Hearing") scheduled for April 14, 2020 at 2:00 p.m. shall be conducted by telephone at the date and time previously scheduled.

2. Lead Counsel shall arrange for a conference call facility for the Hearing, which can be accessed through the following link https://meet.loopup.com/4ixPNJc, or by dialing 1-855-633-2040 and using access code 2597259.

3. Lead Counsel shall notify Class Members of the link and dial-in number to participate in the Hearing by publishing a prominent notice on the home page of the settlement website, FleetCorSecuritiesLitigation.com and on the website of Lead Counsel. If any objections to the Settlement are received, Lead Counsel shall personally notify the objectors of the access information for the Hearing.

4. Lead Counsel shall initiate a call to the Court at the time of the Hearing, and provide the Court with a "roll-call" of all attorneys (and any Class Members) who will appear on the record

SO ORDERED this 24th day of March, 2020.

*[signature]*
The Honorable Leigh Martin May
United States District Judge

#1369303